**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VIRGIL SENIOR,

      Petitioner,

Civil Case No. 10-11794

v.

UNITED STATES of AMERICA,

      Respondent.

                                    /

**JUDGMENT**

      In accordance with the court's "Opinion and Order Denying Federal Habeas Corpus Petition," dated May 6, 2010,

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent United States and against Petitioner Virgil Senior. Dated at Detroit, Michigan, this 6th day of May, 2010.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                               BY: S/Lisa Wagner
                                      Lisa Wagner, Deputy Clerk
                                      and Case Manager to
                                      Judge Robert H. Cleland